**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Thrive Sports Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Premium Autos**<br>**DBA  Premium Auto Group Limited Liability Company**<br>**DBA  Premium Auto Group LLC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-4253357** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **368 W Olive Ave**<br>**Porterville, CA 93257**<br>Number, Street, City, State & ZIP Code | **2445 W White Chapel Ave**<br>**Porterville, CA 93257**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Tulare**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Thrive Sports Inc.**                                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5521__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **Thrive Sports Inc.** | Case number *(if known)* | |
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   **Thrive Sports Inc.**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Thrive Sports Inc.** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 27, 2023**
                 MM / DD / YYYY

**X** **/s/ Mohamad M Aydibi**                              **Mohamad M Aydibi**
    Signature of authorized representative of debtor          Printed name

Title     **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ IRMA CORRAL EDMONDS**                    Date  **September 27, 2023**
    Signature of attorney for debtor                         MM / DD / YYYY

**IRMA CORRAL EDMONDS 123979**
Printed name

**EDMONDS LAW OFFICES**
Firm name

**2501 West Shaw Ave. #124**
**Fresno, CA 93711**
Number, Street, City, State & ZIP Code

Contact phone   **(559) 222-8747**        Email address   **icelawyer@sbcglobal.net**

**123979 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Thrive Sports Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September 27, 2023__      X /s/ Mohamad M Aydibi
                                          _____
                                          Signature of individual signing on behalf of debtor

                                          **Mohamad M Aydibi**
                                          _____
                                          Printed name

                                          **Chief Executive Officer**
                                          _____
                                          Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

### Resolution of Board of Directors
### of
### Thrive Sports Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mohamad M Aydibi, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mohamad M Aydibi, Chief Executive Officer  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mohamad M Aydibi, Chief Executive Officer of this Corporation is authorized and directed to employ IRMA CORRAL EDMONDS 123979, attorney and the law firm of EDMONDS LAW OFFICES to represent the corporation in such bankruptcy case.

Date   September 27, 2023                Signed _____

Date   September 27, 2023                Signed _____

## MINUTES OF SPECIAL MEETING OF BOARD OF DIRECTORS

A special meeting of the Board of Directors of Thrive Sports, Inc. was held on __July 17__ 2023 at 2445 W White Avenue, Porterville, California, 93257. The following Director was present at the meeting, Mohamad M. Aydibi.

The Director of Thrive Sports, Inc. called the meeting to order and announced that the meeting was held pursuant to written waiver of notice and consent to the holding of the meeting. It was then moved, seconded and resolved to dispense with the reading of the minutes of the last meeting. Upon motion duly made, seconded and unanimously carried, the following resolutions were adopted:

Whereas, it is in the best interest of Thrive Sports, Inc. to file a voluntary petition in the United States Bankruptcy court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mohamad M. Aydibi, the Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 Voluntary Bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Mohamad M. Aydibi, the Chief Executive Officer of this Corporation is authorized and directed to seek his appointment as Responsible Individual, to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved, that Mohamad M. Aydibi, the Chief Executive Officer, is authorized and directed to employ the law firm of Irma C. Edmonds to represent the Corporation in such bankruptcy case.

There being no further business to come before the meeting, the meeting was duly adjourned.

Date __7-17-2023__                   Signed _____

Mohamad M. Aydibi, Chief Executive Officer
Thrive Sports, Inc.

**Fill in this information to identify the case:**

Debtor name    **Thrive Sports Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**                    **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................    $ _____**0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................    $ _____**1,500.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................    $ _____**1,500.00**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____**3,126,946.93**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____**3,663,097.19**

4.    Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b    $ _____**6,790,044.12**

**Fill in this information to identify the case:**

Debtor name    **Thrive Sports Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America**<br>**PO Box 15284**<br>**Wilmington DE19850**<br>**Ending balance** | **Checking** | **0843** | **$0.00** |
| 3.2. | **Citizens Business Bank**<br>**PO Box 3938**<br>**Ontario, CA 91761** | **Checking** | **2985** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor   **Thrive Sports Inc.**                          Case number *(If known)* _____
          Name

---

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desk, two Computer Chairs, television, coffee maker** | **$0.00** | | **$500.00** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86.                    **$500.00**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor     **Thrive Sports Inc.**
           _____                 Case number *(If known)* _____
           Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Mechanic repair  tools | $0.00 | | $1,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $1,000.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor  **Thrive Sports Inc.**
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,500.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Thrive Sports Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
| --- | --- | --- |
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1   ACV Captial LLC**
Creditor's Name

**640 Ellicott St #321**
**Buffalo, NY 14203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7985**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Business Assets**

Describe the lien
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
| --- | --- | --- |
| | **$80,000.00** | **$0.00** |

**2.2   AXLE Funding, LLC**
Creditor's Name

**14951 Dallas Parkway, Ste. 200**
**Dallas, TX 75254**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1007**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Business Assets**

Describe the lien
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | | |
| --- | --- | --- |
| | $400,000.00 | $0.00 |

Debtor    **Thrive Sports Inc.**                          Case number (if known) _____
          Name

- ☒ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Beneficial State Bank** |
|---|---|

Creditor's Name

**1438 Webster St Ste 100
Oakland, CA 94612**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**Describe debtor's property that is subject to a lien**
**Business Assets**

_____

**Describe the lien**
**Secured**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$35,000.00          $0.00

---

| 2.4 | **Credit Acceptance Corporation** |
|---|---|

Creditor's Name

**25505 W 12 Mile Rd
Southfield, MI 48034-4000**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**949C**

**Do multiple creditors have an
interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**Describe debtor's property that is subject to a lien**
**Buisness Assets**

_____

**Describe the lien**
**Secured**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$140,000.00          $0.00

---

| 2.5 | **Eagle Finance Holdings LLC** |
|---|---|

Creditor's Name

**10333 N Meridian Suite 200
Carmel, IN 46290**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Business Assets**

_____

**Describe the lien**

$400,000.00          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 6

Debtor **Thrive Sports Inc.**
Name

Case number (if known) _____

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** |  |
| **Last 4 digits of account number** **1007** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. |  |

---

| 2.6 | **Kinetic Advantage LLC**<br>Creditor's Name<br>**10333 N. Meridian St Suite 400**<br>**Carmel, IN 46290**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Business Assets** | $350,000.00 | $0.00 |
|---|---|---|---|---|

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1749**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **NextGear Capital Inc**<br>Creditor's Name<br>**11799 N College Ave**<br>**Carmel, IN 46032**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Business Assets** | $398,946.93 | $0.00 |
|---|---|---|---|---|

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4046**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Debtor **Thrive Sports Inc.**                    Case number (if known) _____
Name

| 2.8 | **Tucoemas Federal Credit Union** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |

Creditor's Name

**614 S Akers
Visalia, CA 93277**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Business Assets**

**Describe the lien**
**Secured**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $510,000.00 | $0.00 |

Creditor's Name

**2 North Street #320
Birmingham, AL 35203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Business Assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7806**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Valley Strong Credit Union** | Describe debtor's property that is subject to a lien | $85,000.00 | $0.00 |

Creditor's Name

**PO Box 9506
Bakersfield, CA 93389**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Business Assets**

**Describe the lien**
**Secured**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Debtor    **Thrive Sports Inc.**
_____
Name

Case number (if known)
_____

**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1<br>1 | **West Lake Financial Services/Westlake Se** | | |
|---|---|---|---|

Creditor's Name

**4751 Wilshire Blvd Suite 100**
**Los Angeles, CA 90010**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Business Assets**                    $130,000.00          $0.00

Describe the lien
**Secured**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1<br>2 | **Westlake Flooring Company, LLC** | | |
|---|---|---|---|

Creditor's Name

**4751 Wilshire Blvd. Suite 100**
**Los Angeles, CA 90010**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Business Assets**                    $548,000.00          $0.00

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9303**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $3,126,946.93

Debtor    **Thrive Sports Inc.**
          _____          Case number (if known) _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|-----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|--------------------------------------------------------------|-------------------------------------------------|
| **AXLE Funding, LLC**<br>**10333 N Meridian St., Ste. 200, Carmel,**<br>**Carmel, IN 46290** | Line  **2.2** | |
| **Credit Acceptance Corporation**<br>**P.O. Box 5167**<br>**Southfield, MI 48034** | Line  **2.4** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

| Fill in this information to identify the case: |
| --- |

Debtor name __**Thrive Sports Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| --- | --- | --- | --- |
|  | **49ers Trucking** | ☐ Contingent | |
|  | **2472 Poe Ave.** | ☐ Unliquidated | |
|  | **Clovis, CA 93611** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | | **Basis for the claim:** __Contract Obligation__ | |
|  | Last 4 digits of account number _ | | |
|  | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
| --- | --- | --- | --- |
|  | **A & B Enterprise LLC** | ☐ Contingent | |
|  | **375 Harbour Cove Dr. #315** | ☐ Unliquidated | |
|  | **Sparks, NV 89434** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | | **Basis for the claim:** __Contract Obligation__ | |
|  | Last 4 digits of account number _ | | |
|  | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
| --- | --- | --- | --- |
|  | **ACV Auctions, Inc.** | ☐ Contingent | |
|  | **640 Ellicott St #321** | ☐ Unliquidated | |
|  | **Buffalo, NY 14203** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | | **Basis for the claim:** __Auto Auction__ | |
|  | Last 4 digits of account number __7985__ | | |
|  | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
|  | **ACV Captial LLC** | ☐ Contingent | |
|  | **640 Ellicott St #321** | ☐ Unliquidated | |
|  | **Buffalo, NY 14203** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | | **Basis for the claim:** _ | |
|  | Last 4 digits of account number _ | | |
|  | | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor  **Thrive Sports Inc.**
        _____          Case number (if known)  _____
        Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |

**ADESA US Auction, LLC**
**300 E. Rio Salado Pkwy. Bldg 1**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Auto Auction__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |

**Agustin Hernandez Torres**
**1045 S Oak Rd**
**Earlimart, CA 93219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Contract Obligation__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |

**AIA-Auction Insurance Company**
**2200 Woodcrest PL Ste 200**
**Birmingham, AL 35209-1378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Insurance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**American Express Company**
**200 Vesey St.**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  __4001__

**Basis for the claim:**  __Account Credit Line__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,000.00 |

**American Tire Distributors, Inc.**
**PO Box 741443**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  __8885__

**Basis for the claim:**  __Account Credit Line__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**APCO Holding LLC**
**6010 Atlantic Blvd**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  __0897__

**Basis for the claim:**  __Service__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.00 |

**ARS Inc**
**PO Box 3399**
**Torrance, CA 90510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  __0520__

**Basis for the claim:**  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Thrive Sports Inc.** _____   Case number (if known) _____
      Name

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**AT&T Inc.**
**208 S. Akard St.**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Rendered/Goods Purchased

Last 4 digits of account number  5127

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Bank of America Corporation**
**100 N Tryon St Ste 170**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account Credit Line

Last 4 digits of account number  8183

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Bank of American Corporation**
**100 N Tryon St Ste 170**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account Credit Line

Last 4 digits of account number  6454

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Benjamin O Castro**
**967 E MT View Ave**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Contract Obligation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,100.00** |
|---|---|---|---|

**Britney N Aguilar**
**872 N Jay St Unit 17**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Contract Obligation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Car Gurus Inc**
**Two Canel Park 4th Floor**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number  3618

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**CarMax Auto Superstores, Inc.**
**12800 Tuckahoe Creek Pkwy**
**Richmond, VA 23238-1124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Contract Obligation

Last 4 digits of account number  6685

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Thrive Sports Inc.**　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |

**3.19** Nonpriority creditor's name and mailing address
**CarMax Business Services LLC**
**P.O. Box 440609**
**Kennesaw, GA 30160**

As of the petition filing date, the claim is: *Check all that apply.* **$60,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6685**

Basis for the claim: **Auto  Auction**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
**Central Mass. Auto Auction**
**12 Industrial Park Rd E.**
**Oxford, MA 01540**

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**Chairez Trucking Corporation**
**637 Seville Way**
**Merced, CA 95341**

As of the petition filing date, the claim is: *Check all that apply.* **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contract Obligation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**Charter Communications, Inc.**
**400 Washington Blvd.**
**Stamford, CT 06902**

As of the petition filing date, the claim is: *Check all that apply.* **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2784**

Basis for the claim: **Contract Obligation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**Community Regional Medical Center #21127**
**PO Box 884428**
**Los Angeles, CA 90088**

As of the petition filing date, the claim is: *Check all that apply.* **$78,935.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2757**

Basis for the claim: **Medical Services for Employee  James Martin**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**Consuelo Tapia**
**19569 Rd 196**
**Strathmore, CA 93267**

As of the petition filing date, the claim is: *Check all that apply.* **$17,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contract Obligation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**Convergent Gainesville**
**13575 Heathcote Blvd Suite 300**
**Gainesville, VA 20155**

As of the petition filing date, the claim is: *Check all that apply.* **$78,935.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Assignee for Community Medical Center Fresno**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Thrive Sports Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

Cox Automotive Inc.
P.O. Box 105156
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Assignee for Manhiem Auctions**

Last 4 digits of account number  **3360**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

CU Direct Corporation/CUDL
PO Box 51482
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **3737**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,850.00**

Danielle Williams
34 N Reservation Rd
Porterville, CA 93257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

Dealer Center
4751 Wilshire Blvd Suite 205
Los Angeles, CA 90010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **3989**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

Diana Martin
1736 River  Springs Avenue
Porterville, CA 93257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Workers Compensation Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

Eblock Corporation
212 Battery St, Suite 3
Burlington, VT 05401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Auto Auction**

Last 4 digits of account number  **3708**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,490.00**

Elia Farias Martinez
2292 W Northgrand Ave
Porterville, CA 93257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Thrive Sports Inc.**                                    Case number (if known) _____
        _____
        Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Elizabeth Balboa-Brooks**
**7675 N. First St. Apt 236**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract Obligation/Civil Case # PCU294852**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eric N Schwartz**
**300 East San Antonio**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Attorney for Workers Compensation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Erie Trans LLC**
**2345 Ashland Ave.**
**Cincinnati, OH 45206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Estate of James Martin**
**1736 River Springs Aveue**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Workers Compensation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Ethan James Martin**
**1736 River Springs Ave**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Workers Compensation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|

**Expert Transport & Logistics Inc**
**535 N Freedom St**
**Ravenna, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**Fast Deliver Express LLC**
**11925 SW 140th Ave.**
**Dunnellon, FL 34432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Thrive Sports Inc.**      Case number (if known) _____
Name

| | |
|---|---|
| **3.40** | |

**Nonpriority creditor's name and mailing address**
Fernando C Prado
19569 RD 196
Strathmore, CA 93267

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     **$17,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Contract Obligation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41**

**Nonpriority creditor's name and mailing address**
Gerardo S Mendez
14470 Tobias Road
Poplar, CA 93258

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     **$20,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Contract Obligation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**
Grant Mercantile Agency
PO Box 658
Oakhurst, CA 93644

**Date(s) debt was incurred** _

**Last 4 digits of account number** __1010__

**As of the petition filing date, the claim is:** Check all that apply.     **$1,481.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Medical Services__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.43**

**Nonpriority creditor's name and mailing address**
Gustavo Calixtro Olvera
1727 N Tipton St
Visalia, CA 93292

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     **$13,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Contract Obligation__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44**

**Nonpriority creditor's name and mailing address**
GWC Warranty
6010 Atlantic Blvd
Norcross, GA 30071

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0897__

**As of the petition filing date, the claim is:** Check all that apply.     **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45**

**Nonpriority creditor's name and mailing address**
Hajduk Law PC
3943 Irvine Blvd. #164
Irvine, CA 92602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Legal Services Counsel for Balboa Civil Case #PCU294852__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46**

**Nonpriority creditor's name and mailing address**
Hudson Insurance Company
1035 Greenwood Blvd., Suite 265
Lake Mary, FL 32746

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5437__

**As of the petition filing date, the claim is:** Check all that apply.     **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Contract Obligation-Dealer Surety Bond__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Thrive Sports Inc.**          Case number (if known) _____
     Name

| | |
|---|---|
| **3.47** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.   **$318.52** |
| **Imperial Ambulance**<br>**22 N Cottage**<br>**Porterville, CA 93257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Medical** |
| Last 4 digits of account number **4120** | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| **3.48** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.   **$1,500.00** |
| **Jefe XL Transport LLC**<br>**400 S 4th St Ste 500**<br>**Las Vegas, NV 89101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Contract Obligation** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.49** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.   **$14,020.00** |
| **Jesus R Villarreal**<br>**901 N 2ND ST**<br>**Porterville, CA 93257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Contract Obligation** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.50** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| **Joshua P Friedman & Associates Inc**<br>**23679 Calabasas Road Suite 377**<br>**Calabasas, CA 91302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Asignee- atorney for West Lake Fianical Services Case # PCU294852** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.51** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.   **$1,500.00** |
| **K&S Trans LLC**<br>**2206 Evin Dr.**<br>**Warrington, PA 18976** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Contract Obligation** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.52** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.   **$8,000.00** |
| **Karakaya Logistics LLC**<br>**7901 4th St N Ste 300**<br>**Saint Petersburg, FL 33702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Contract Obligation** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.53** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.   **$1,500.00** |
| **Kingsman Freight and Logistics LLC**<br>**5235 N Mayfield Ave.**<br>**San Bernardino, CA 92407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Contract Obligation** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor  **Thrive Sports Inc.**                                    Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |

**Krase Bailey Reed-Krase LLP**
**132 E Morton Ave**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Legal Services- PCU 294852 Civil Case**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,700.00** |

**Larry O Rector**
**1141 E Thurman  Ave**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Contract Obligation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Law Office of John Guerrin**
**74-710 Highway 111 #102**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Assignee for American Tire Distributors Inc**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Law Office of William Fallat**
**68 Mitchell Blvd Suite 135**
**San Rafael, CA 94903-2046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Law Offices of John L Fallat**
**68 Mitchell Blvd., Suite 135**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:  **Assignee Attorney for Hudson Bonds case # PCU 294852**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |

**Limelight Outdoor**
**2272 State Highway 49S**
**Mariposa, CA 95338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  **21PA**

Basis for the claim:  **Service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |

**LKQ Specialized Parts**
**314 E North Ave**
**Fresno, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  **2635**

Basis for the claim:  **Account Credit Line**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Thrive Sports Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61**

Nonpriority creditor's name and mailing address
**Lorena Lopez Romero**
**1727 N Tipton ST**
**Visalia, CA 93292**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Obligation**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,400.00**

---

**3.62**

Nonpriority creditor's name and mailing address
**M Green and Company LLP**
**PO Box  992**
**Porterville, CA 93258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,000.00**

---

**3.63**

Nonpriority creditor's name and mailing address
**Manheim Auctions**
**6325 Peachtree Dunwoody Road NE**
**Atlanta, GA 30328**

Date(s) debt was incurred _
Last 4 digits of account number  **3360**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto Auction**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.64**

Nonpriority creditor's name and mailing address
**Maria M Valdez Perez**
**640 South G ST**
**Tulare, CA 93274**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract Obligation**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,800.00**

---

**3.65**

Nonpriority creditor's name and mailing address
**Medicredit Inc**
**PO Box 505600**
**Saint Louis, MO 63150**

Date(s) debt was incurred _
Last 4 digits of account number  **2547**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,186.68**

---

**3.66**

Nonpriority creditor's name and mailing address
**MESA Underwriters Speciality Ins. Co.**
**6263 N. Scottsdale Rd #300**
**Scottsdale, AZ 85250**

Date(s) debt was incurred _
Last 4 digits of account number  **0474**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,000.00**

---

**3.67**

Nonpriority creditor's name and mailing address
**Micheal G Gibson**
**11799 North College Ave**
**Carmel, IN 46032**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Assignee for Next Gear Capital Inc**

Is the claim subject to offset? ■ No  ☐ Yes

**$398,946.93**

---

Debtor   **Thrive Sports Inc.**      Case number (if known) _____

Name

| | | |
|---|---|---|
| **3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$21,500.00** |

**3.68**   **Nonpriority creditor's name and mailing address**

**Michelle P Basualdo**
**156 N Doree ST**
**Porterville, CA 93257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$21,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69**   **Nonpriority creditor's name and mailing address**

**Miguel Lucatero Yanagui**
**280 South  G ST**
**Porterville, CA 93257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$18,310.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70**   **Nonpriority creditor's name and mailing address**

**Mitchell 1**
**25029 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number   **4823**

As of the petition filing date, the claim is: Check all that apply.     **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contract Obligation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.71**   **Nonpriority creditor's name and mailing address**

**Move4Cars LLC**
**4821 E Street Rd.**
**Trevose, PA 19053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contract Obligation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.72**   **Nonpriority creditor's name and mailing address**

**Nasser J Arreola Robles**
**1269 Ben Franklin Ave.**
**Tulare, CA 93274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$17,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contract Obligation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.73**   **Nonpriority creditor's name and mailing address**

**Neil II Peyron**
**569 S Reservation Rd**
**Porterville, CA 93257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$19,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74**   **Nonpriority creditor's name and mailing address**

**Norwalk Auto Auction**
**12405 Rosecrans Ave**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Auto Auction**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Thrive Sports Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.75** | Nonpriority creditor's name and mailing address
**OD Legal**
**355 S Grand Ave Ste 1800**
**Los Angeles, CA 90071**

Date(s) debt was incurred _
Last 4 digits of account number __9395__

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address
**OfferUp Inc**
**1100 Bellevue Way NE Suite 8A #57**
**Bellevue, WA 98004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address
**Onway Logistics**
**4005 Manzanita Ave 6-135**
**Carmichael, CA 95608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract Obligation__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address
**Pablin E Garcia Jr**
**1468 W Mulberry Ave**
**Porterville, CA 93257**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$20,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract Obligation__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address
**Perona, Langer, Beck, Serbin, Harrison**
**300 East San Antonio Drive**
**Long Beach, CA 90807**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Attorney for Worker's Compensation Claimant__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address
**PMM Transportation Inc**
**90 Vantis Dr Apt 4027**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract Obligation__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address
**R & J D Trucking LLC**
**10957 Live Oak Ln.**
**Adelanto, CA 92301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract Obligation__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Thrive Sports Inc.**                                    Case number (if known) _____
_____
          Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**Rappoport LLC**
**5373 NW 55th Ter**
**Coconut Creek, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |

**Raptor Auto Transport Inc**
**2981 Hylan Blvd**
**Staten Island, NY 10306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Remix Delivery Inc.**
**1661 SW 27th Ter**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Rethought Reborn Media**
**PO box 6260**
**Arnold, CA 95223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |

**Safe Auto Transport Inc**
**6901 28th St.**
**North Highlands, CA 95660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,935.62 |

**Sierra View Hospital**
**465 W Putnam Ave**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Medical Services of injured worker**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**Soloway Auto Inc**
**7345 164th Ave NE STE 145 #2259**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Thrive Sports Inc.**                                    Case number (if known) _____
          Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Southern California Gas Company**
**555 W 5th St.**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number  **7105**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Sparkletts/Primo**
**PO BOX 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Obligation**

Last 4 digits of account number  **4453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Sparks Prime Logistics**
**2735 Carlsbad Cir.**
**Aurora, IL 60503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Spectrum**
**P.O. Box 7173**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Obligation**

Last 4 digits of account number  **2784**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Starway Logistic LLC**
**118 Clearview Ave.**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**Stonemark Inc.**
**8501 Wade Blvd Suite 620**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number  **0474**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**SV Transport LLC**
**1230 Whitney Ranch Parkway Unit 423**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Thrive Sports Inc.**       Case number (if known) _____

Name

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |
|---|---|---|---|

**TAD Logistic LLC**
**11343 Cypress Reserve Dr**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Contract Obligation__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Law Offices of Mark A. Kirkorsky**
**1119 W Southern Ave. Suite 200**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Assignee -Attorney for American Tire Distributor Inc__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**TJJ Transport Inc**
**11880 Bustleton Ave Ste 212**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Contract Obligation__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**Uninsured Employers Benefits Trust Fund**
**320 W 4th Street Ste 690**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Insurer for Workers Compensation Claim__

Last 4 digits of account number __8708__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |
|---|---|---|---|

**United TranzActions LLC**
**2811 Corporate Way**
**Miramar, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Assignee for LKQ Specialized Parts Account Credit Line__

Last 4 digits of account number __2635__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**University Faulty Assoc.**
**PO Box 5418**
**Fresno, CA 93755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Medical Services__

Last 4 digits of account number __9827__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Valley Prime Transport LLC**
**1527 Partridge DR.**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Contract Obligation__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Thrive Sports Inc.**          Case number (if known) _____

        Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Voglane Logistics LLC**
**19234 E Country Club Dr.**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Volk Express Inc**
**3242 Cumberland Ct.**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Woodcrest Services, Inc**
**2200 Woodcrest Pl Ste 100**
**Birmingham, AL 35209-1378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **Contractual Obligation -Insurance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Xerox Financial Services LLC**
**2828 N. Haskell Ave.**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _**2001**_

Basis for the claim: **Contract Obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T Inc.**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Manheim Auctions**<br>**P.O. Box 105511**<br>**Atlanta, GA 30348** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Southern California Gas Company**<br>**P.O. Box C**<br>**Monterey Park, CA 91756** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Xerox Financial Services LLC**<br>**P.O. Box 202882**<br>**Dallas, TX 75320** | Line **3.106**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor      **Thrive Sports Inc.**
_____
Name

Case number (*if known*) _____

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,663,097.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,663,097.19 |

**Fill in this information to identify the case:**

Debtor name    **Thrive Sports Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Thrive Sports Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mohamad Aydibi** | **2445 West White Chapel Ave Porterville, CA 93257** | **ACV Captial LLC** | ☑ D __**2.1**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Mohamad Aydibi** | **2445 West White Chapel Ave Porterville, CA 93257** | **AXLE Funding, LLC** | ☑ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Mohamad Aydibi** | **2445 West White Chapel Ave Porterville, CA 93257** | **Beneficial State Bank** | ☑ D __**2.3**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Mohamad Aydibi** | **24445 West Chapel Ave Porterville, CA 93257** | **Credit Acceptance Corporation** | ☑ D __**2.4**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Mohamad Aydibi** | **2445 West Chapel Ave Porterville, CA 93257** | **Eagle Finance Holdings LLC** | ☑ D __**2.5**__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Thrive Sports Inc.**                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.6 | Mohamad Aydibi | 2445 West White Chapel Ave<br>Porterville, CA 93257 | Kinetic Advantage<br>LLC | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | Mohamad Aydibi | 2445 West White Chapel Ave<br>Porterville, CA 93257 | NextGear Capital Inc | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Mohamad Aydibi | 2445 West White Chapel Ave<br>Porterville, CA 93257 | Tucoemas Federal<br>Credit Union | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Mohamad Aydibi | 2445 West White Chapel Ave<br>Porterville, CA 93257 | US Small Business<br>Administration | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Mohamad Aydibi | 2445 West White Chapel Ave<br>Porterville, CA 93257 | Valley Strong Credit<br>Union | ■ D ___**2.10**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Mohamad Aydibi | 2445 West White Chapel Ave<br>Porterville, CA 93257 | West Lake Financial<br>Services/Westlake Se | ■ D ___**2.11**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Mohamad Aydibi | 2445 West White Chapel Ave<br>Porterville, CA 93257 | Westlake Flooring<br>Company, LLC | ■ D ___**2.12**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Thrive Sports Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,768,277.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,148,968.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,442,271.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Thrive Sports Inc.**                                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Elizabeth Balboa-Brooks v Thrive Sport Inc et al PCU294852** | **Civil** | **Tulare County Superior Court 300 E Olive Ave Porterville, CA** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. **James Martin Deceased, Applicant v Premium Autos;SCIF Insured Fresno ADJ 16302651** | **Workers Compensation Wrongful Death** | **Worker Compensation Appeals Board 1500 Hughes Way Suite C203 Long Beach, CA 90810** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Next Gear Capital Inc.  v Thrive Sports Inc., dba Preminum Autos 29D03-2306-PL-006015** | **Civil** | **Hamilton Courty County Courts One Hamilton County Square Suite 106 Noblesville, IN 46060** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **American Tire Distributors Inc v Thrive Sports Inc VCU301516** | **Civil** | **Superior Court of Calif. County Tulare 221 S Mooney Blvd Visalia, CA 93291** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor     **Thrive Sports Inc.**                                    Case number *(if known)* _____

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

---

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **EDMONDS LAW OFFICES**<br>**2501 West Shaw Ave. #124**<br>**Fresno, CA 93711** | **Attorney Fees- $14, 662**<br>**Court fee- $338** | **July 2023** | **$15,000.00** |
| | Email or website address<br>**icelawyer@sbcglobal.net** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Thrive Sports Inc.**                    Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Yes, they are securely maintained in a "Deal Jacket" and in the custody of the CFO**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **Thrive Sports Inc.**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**PO Box 15284**<br>**Porterville, CA 93257** | **XXXX-0843** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **5/2023** | **$0.00** |
| 18.2. | **Citizens Business Bank**<br>**PO Box 3938**<br>**Ontario, CA 91761** | **XXXX-9785** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **6/2023** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor   **Thrive Sports Inc.**                                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **M Green and Company LLP**<br>**189 N Villa St**<br>**Porterville, CA 93258** | **Last 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Thrive Sports Inc.**                          Case number *(if known)* _____

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mohamad Aydibi | 2445 W White Ave Porterville, CA 93257 | Chief Exceutive Officer | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Thrive Sports Inc.**                                    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**September 27, 2023**___

**/s/ Mohamad M Aydibi**                          **Mohamad M Aydibi**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re  **Thrive Sports Inc.**

                                                    Case No. _____
                              Debtor(s)              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................... $ _____ **0.00**

    Prior to the filing of this statement I have received .......... $ _____ **0.00**

    Balance Due ............................................................. $ _____ **0.00**

2.  $  **0.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Exemption planning;**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; objections to sales of property; compromises of controversies; continued First Meeting of Creditors; post filing amendments to Petition, Schedules or Statement of Financial Affairs representation for reaffirmation agreements; actions or proceedings involving conversion of case from Chapter 7 to some other Chapter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 27, 2023** _____          **/s/ IRMA CORRAL EDMONDS**
*Date*                                               **IRMA CORRAL EDMONDS 123979**
                                                     *Signature of Attorney*
                                                     **EDMONDS LAW OFFICES**
                                                     **2501 West Shaw Ave. #124**
                                                     **Fresno, CA 93711**
                                                     **(559) 222-8747   Fax: (559) 227-3317**
                                                     **icelawyer@sbcglobal.net**
                                                     *Name of law firm*

---

.

49ers Trucking
2472 Poe Ave.
Clovis, CA 93611


A & B Enterprise LLC
375 Harbour Cove Dr. #315
Sparks, NV 89434


ACV Auctions, Inc.
640 Ellicott St #321
Buffalo, NY 14203


ACV Captial LLC
640 Ellicott St #321
Buffalo, NY 14203


ADESA US Auction, LLC
300 E. Rio Salado Pkwy. Bldg 1
Tempe, AZ 85281


Agustin Hernandez Torres
1045 S Oak Rd
Earlimart, CA 93219


AIA-Auction Insurance Company
2200 Woodcrest PL Ste 200
Birmingham, AL 35209-1378


American Express Company
200 Vesey St.
New York, NY 10285


American Tire Distributors, Inc.
PO Box 741443
Los Angeles, CA 90074


APCO Holding LLC
6010 Atlantic Blvd
Norcross, GA 30071


ARS Inc
PO Box 3399
Torrance, CA 90510

AT&T Inc.
208 S. Akard St.
Dallas, TX 75202

AT&T Inc.
P.O. Box 6463
Carol Stream, IL 60197

AXLE Funding, LLC
14951 Dallas Parkway, Ste. 200
Dallas, TX 75254

AXLE Funding, LLC
10333 N Meridian St., Ste. 200, Carmel,
Carmel, IN 46290

Bank of America Corporation
100 N Tryon St Ste 170
Charlotte, NC 28202

Bank of American Corporation
100 N Tryon St Ste 170
Charlotte, NC 28202

Beneficial State Bank
1438 Webster St Ste 100
Oakland, CA 94612

Benjamin O Castro
967 E MT View Ave
Porterville, CA 93257

Britney N Aguilar
872 N Jay St Unit 17
Porterville, CA 93257

Car Gurus Inc
Two Canel Park 4th Floor
Cambridge, MA 02141

CarMax Auto Superstores, Inc.
12800 Tuckahoe Creek Pkwy
Richmond, VA 23238-1124

CarMax Business Services LLC
P.O. Box 440609
Kennesaw, GA 30160


Central Mass. Auto Auction
12 Industrial Park Rd E.
Oxford, MA 01540


Chairez Trucking Corporation
637 Seville Way
Merced, CA 95341


Charter Communications, Inc.
400 Washington Blvd.
Stamford, CT 06902


Community Regional Medical Center #21127
PO Box 884428
Los Angeles, CA 90088


Consuelo Tapia
19569 Rd 196
Strathmore, CA 93267


Convergent Gainesville
13575 Heathcote Blvd Suite 300
Gainesville, VA 20155


Cox Automotive Inc.
P.O. Box 105156
Atlanta, GA 30348


Credit Acceptance Corporation
25505 W 12 Mile Rd
Southfield, MI 48034-4000


Credit Acceptance Corporation
P.O. Box 5167
Southfield, MI 48034


CU Direct Corporation/CUDL
PO Box 51482
Ontario, CA 91761

Danielle Williams
34 N Reservation Rd
Porterville, CA 93257

Dealer Center
4751 Wilshire Blvd Suite 205
Los Angeles, CA 90010

Diana Martin
1736 River Springs Avenue
Porterville, CA 93257

Eagle Finance Holdings LLC
10333 N Meridian Suite 200
Carmel, IN 46290

Eblock Corporation
212 Battery St, Suite 3
Burlington, VT 05401

Elia Farias Martinez
2292 W Northgrand Ave
Porterville, CA 93257

Elizabeth Balboa-Brooks
7675 N. First St. Apt 236
Fresno, CA 93720

Eric N Schwartz
300 East San Antonio
Long Beach, CA 90807

Erie Trans LLC
2345 Ashland Ave.
Cincinnati, OH 45206

Estate of James Martin
1736 River Springs Aveue
Porterville, CA 93257

Ethan James Martin
1736 River Springs Ave
Porterville, CA 93257

Expert Transport & Logistics Inc
535 N Freedom St
Ravenna, OH 44266

Fast Deliver Express LLC
11925 SW 140th Ave.
Dunnellon, FL 34432

Fernando C Prado
19569 RD 196
Strathmore, CA 93267

Gerardo S Mendez
14470 Tobias Road
Poplar, CA 93258

Grant Mercantile Agency
PO Box 658
Oakhurst, CA 93644

Gustavo Calixtro Olvera
1727 N Tipton St
Visalia, CA 93292

GWC Warranty
6010 Atlantic Blvd
Norcross, GA 30071

Hajduk Law PC
3943 Irvine Blvd. #164
Irvine, CA 92602

Hudson Insurance Company
1035 Greenwood Blvd., Suite 265
Lake Mary, FL 32746

Imperial Ambulance
22 N Cottage
Porterville, CA 93257

Jefe XL Transport LLC
400 S 4th St Ste 500
Las Vegas, NV 89101

Jesus R Villarreal
901 N 2ND ST
Porterville, CA 93257


Joshua P Friedman & Associates Inc
23679 Calabasas Road Suite 377
Calabasas, CA 91302


K&S Trans LLC
2206 Evin Dr.
Warrington, PA 18976


Karakaya Logistics LLC
7901 4th St N Ste 300
Saint Petersburg, FL 33702


Kinetic Advantage LLC
10333 N. Meridian St Suite 400
Carmel, IN 46290


Kingsman Freight and Logistics LLC
5235 N Mayfield Ave.
San Bernardino, CA 92407


Krase Bailey Reed-Krase LLP
132 E Morton Ave
Porterville, CA 93257


Larry O Rector
1141 E Thurman Ave
Porterville, CA 93257


Law Office of John Guerrin
74-710 Highway 111 #102
Palm Desert, CA 92260


Law Office of William Fallat
68 Mitchell Blvd Suite 135
San Rafael, CA 94903-2046


Law Offices of John L Fallat
68 Mitchell Blvd., Suite 135
San Rafael, CA 94903

Limelight Outdoor
2272 State Highway 49S
Mariposa, CA 95338


LKQ Specialized Parts
314 E North Ave
Fresno, CA 93725


Lorena Lopez Romero
1727 N Tipton ST
Visalia, CA 93292


M Green and Company LLP
PO Box  992
Porterville, CA 93258


Manheim Auctions
6325 Peachtree Dunwoody Road NE
Atlanta, GA 30328


Manheim Auctions
P.O. Box 105511
Atlanta, GA 30348


Maria M Valdez Perez
640 South G ST
Tulare, CA 93274


Medicredit Inc
PO Box 505600
Saint Louis, MO 63150


MESA Underwriters Speciality Ins. Co.
6263 N. Scottsdale Rd #300
Scottsdale, AZ 85250


Micheal G Gibson
11799 North College Ave
Carmel, IN 46032


Michelle P Basualdo
156 N Doree ST
Porterville, CA 93257

Miguel Lucatero Yanagui
280 South  G ST
Porterville, CA 93257


Mitchell 1
25029 Network Place
Chicago, IL 60673


Mohamad Aydibi
2445 West White Chapel Ave
Porterville, CA 93257


Mohamad Aydibi
24445 West Chapel Ave
Porterville, CA 93257


Move4Cars LLC
4821 E Street Rd.
Trevose, PA 19053


Nasser J Arreola Robles
1269 Ben Franklin Ave.
Tulare, CA 93274


Neil II Peyron
569 S Reservation Rd
Porterville, CA 93257


NextGear Capital Inc
11799 N College Ave
Carmel, IN 46032


Norwalk Auto Auction
12405 Rosecrans Ave
Norwalk, CA 90650


OD Legal
355 S Grand Ave Ste 1800
Los Angeles, CA 90071


OfferUp Inc
1100 Bellevue Way NE Suite 8A #57
Bellevue, WA 98004

Onway Logistics
4005 Manzanita Ave 6-135
Carmichael, CA 95608


Pablin E Garcia Jr
1468 W Mulberry Ave
Porterville, CA 93257


Perona, Langer, Beck, Serbin, Harrison
300 East San Antonio Drive
Long Beach, CA 90807


PMM Transportation Inc
90 Vantis Dr Apt 4027
Aliso Viejo, CA 92656


R & J D Trucking LLC
10957 Live Oak Ln.
Adelanto, CA 92301


Rappoport LLC
5373 NW 55th Ter
Coconut Creek, FL 33073


Raptor Auto Transport Inc
2981 Hylan Blvd
Staten Island, NY 10306


Remix Delivery Inc.
1661 SW 27th Ter
Fort Lauderdale, FL 33312


Rethought Reborn Media
PO box 6260
Arnold, CA 95223


Safe Auto Transport Inc
6901 28th St.
North Highlands, CA 95660


Sierra View Hospital
465 W Putnam Ave
Porterville, CA 93257

Soloway Auto Inc
7345 164th Ave NE STE 145 #2259
Redmond, WA 98052


Southern California Gas Company
555 W 5th St.
Los Angeles, CA 90013


Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756


Sparkletts/Primo
PO BOX 660579
Dallas, TX 75266


Sparks Prime Logistics
2735 Carlsbad Cir.
Aurora, IL 60503


Spectrum
P.O. Box 7173
Pasadena, CA 91109


Starway Logistic LLC
118 Clearview Ave.
Huntingdon Valley, PA 19006


Stonemark Inc.
8501 Wade Blvd Suite 620
Frisco, TX 75034


SV Transport LLC
1230 Whitney Ranch Parkway Unit 423
Rocklin, CA 95765


TAD Logistic LLC
11343 Cypress Reserve Dr
Tampa, FL 33626


The Law Offices of Mark A. Kirkorsky
1119 W Southern Ave. Suite 200
Mesa, AZ 85210

TJJ Transport Inc
11880 Bustleton Ave Ste 212
Philadelphia, PA 19116

Tucoemas Federal Credit Union
614 S Akers
Visalia, CA 93277

Uninsured Employers Benefits Trust Fund
320 W 4th Street Ste 690
Los Angeles, CA 90013

United TranzActions LLC
2811 Corporate Way
Miramar, FL 33025

University Faulty Assoc.
PO Box 5418
Fresno, CA 93755

US Small Business Administration
2 North Street #320
Birmingham, AL 35203

Valley Prime Transport LLC
1527 Partridge DR.
Merced, CA 95340

Valley Strong Credit Union
PO Box 9506
Bakersfield, CA 93389

Voglane Logistics LLC
19234 E Country Club Dr.
Miami, FL 33180

Volk Express Inc
3242 Cumberland Ct.
Missouri City, TX 77459

West Lake Financial Services/Westlake Se
4751 Wilshire Blvd Suite 100
Los Angeles, CA 90010

Westlake Flooring Company, LLC
4751 Wilshire Blvd. Suite 100
Los Angeles, CA 90010


Woodcrest Services, Inc
2200 Woodcrest Pl Ste 100
Birmingham, AL 35209-1378


Xerox Financial Services LLC
2828 N. Haskell Ave.
Dallas, TX 75204


Xerox Financial Services LLC
P.O. Box 202882
Dallas, TX 75320

# United States Bankruptcy Court
### Eastern District of California

In re   **Thrive Sports Inc.** _____      Case No. _____
                                                   Debtor(s)        Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Thrive Sports Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 27, 2023** _____      **/s/ IRMA CORRAL EDMONDS** _____
Date                                               **IRMA CORRAL EDMONDS 123979**
                                                   Signature of Attorney or Litigant
                                                   Counsel for   **Thrive Sports Inc.** _____
                                                   **EDMONDS LAW OFFICES**
                                                   **2501 West Shaw Ave. #124**
                                                   **Fresno, CA 93711**
                                                   **(559) 222-8747 Fax:(559) 227-3317**
                                                   **icelawyer@sbcglobal.net**